**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Reinaldo DeJesus <br> <u>Debtorr</u> | CHAPTER 13 <br><br> BKY. NO. 16-17266 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Loancare LLC. and index same on the master mailing list.

                                                     Respectfully submitted,
                                                     **/s/ Rebecca A. Solarz, Esq**
                                                     Rebecca A Solarz, Esquire
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 627-1322