# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 16-17266-ELF

REINALDO DEJESUS

6166 TACKAWANNA STREET

PHILADELPHIA, PA 19135

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

REINALDO DEJESUS

6166 TACKAWANNA STREET

PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                              /S/ William C. Miller

Date: 9/5/2019                             _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee