Certificate Number: 16339-PAE-DE-034884387

Bankruptcy Case Number: 16-17266



16339-PAE-DE-034884387

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2020, at 5:59 o'clock AM EDT, Reinaldo Dejesus completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 16, 2020          By:   /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor