United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-17266-elf
Reinaldo DeJesus  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Aug 03, 2021   Form ID: 138NEW   Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reinaldo DeJesus, 6166 Tackawanna Street, Philadelphia, PA 19135-3416 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, c/o Stewart, Zlimen & Jungers, LTD., 2860 Patton Road, Roseville, MN 55113-1100 |
| 13840810 | + | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14244761 | + | DITECH FINANCIAL LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13807852 | + | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 13873711 |   | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13807853 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13807854 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13849009 | + | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14352523 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14325480 | + | Loancare LLC., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13807859 |   | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13828786 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13807860 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13807861 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3444 |
| 13829915 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13807863 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13807864 | + | Wells Fargo Bank Card, MAC F82535-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 13873219 |   | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:39 | PRA Receivables Management, LLC, POB 41067, NORFOLK, VA 23541-1067 |
| 13807849 | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13807850 | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13895451 | | Email/Text: megan.harper@phila.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 03 2021 23:23:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13807845 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13807846 | + | Email/Text: ecf@ccpclaw.com | Aug 03 2021 23:23:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13807848 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13807851 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2021 23:33:33 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13807856 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Aug 03 2021 23:23:00 | Gateway One Lending & Finance, 175 N Riverview Drive, Anaheim, CA 92808 |
| 13807857 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13859179 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13864422 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:41 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028438 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:41 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13807858 | + | Email/Text: bk@lendingclub.com | Aug 03 2021 23:23:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13863155 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13879036 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13809127 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13807862 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | Synchrony Bank/Walmart, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13807855 | | Fortivaloan |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 13807847 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CATALDO2 | on behalf of Debtor Reinaldo DeJesus ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Reinaldo DeJesus ecf@ccpclaw.com igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Loancare LLC. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Reinaldo DeJesus
      Debtor(s)

Bankruptcy No: 16−17266−elf
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 8/3/21

                        51 − 50
                        Form 138_new