United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                               Case No. 16-17266-elf

Reinaldo DeJesus                                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                           User: admin                                                       Page 1 of 2

Date Rcvd: Aug 27, 2021                                  Form ID: 3180W                                     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reinaldo DeJesus, 6166 Tackawanna Street, Philadelphia, PA 19135-3416 |
| 14352523 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 13849009 | ++ | PHIN SOLUTIONS LCC, TODD HINRICHS, 14245 SAINT FRANCIS BLVD, STE 105, RAMSEY MN 55303-6137 address filed with court:, FORTIVA, PO BOX 105555, ATLANTA, GA 30348 |
| 13828786 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13807860 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13829915 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 28 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13840810 | + | EDI: CHRM.COM | Aug 28 2021 03:38:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 13895451 | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13807856 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Aug 27 2021 23:28:00 | Gateway One Lending & Finance, 175 N Riverview Drive, Anaheim, CA 92808 |
| 13859179 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:33:21 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13864422 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:33:16 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028438 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:33:21 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13863155 | + | EDI: MID8.COM | Aug 28 2021 03:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 3180W | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| 13849009 | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 27 2021 23:28:00 | 48090-2011 FORTIVA, PO BOX 105555, ATLANTA, GA 30348 |
| 13879036 | EDI: PRA.COM | Aug 28 2021 03:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13873219 | EDI: WFFC.COM | Aug 28 2021 03:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CATALDO2 | on behalf of Debtor Reinaldo DeJesus ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Reinaldo DeJesus ecf@ccpclaw.com igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Loancare LLC. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Reinaldo DeJesus <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8167 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   16–17266–elf | | |

## Order of Discharge                                                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Reinaldo DeJesus

8/26/21                                                                                       **By the court:** Eric L. Frank
                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**