Fill in this information to identify the case:

Debtor 1    Reinaldo DeJesus

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    16-17266 ELF

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Loancare LLC.

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 4409

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2019

**New total payment:**    $836.60
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $243.56    **New escrow payment:** $235.36

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

| Debtor(s) | Reinaldo DeJesus | | | Case number (*if known*) 16-17266 ELF |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz        Date   10/25/2019
Signature

| Print: | Rebecca A. Solarz | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | KML Law Group, P.C. |
|---|---|

| Address | 701 | Market Street, Suite 5000 |
|---|---|---|
| | Number | Street |
| | Philadelphia, | PA    19106 |
| | City | State    ZIP Code |

| Contact phone | (215) 627–1322 | Email | RSolarz@kmllawgroup.com |
|---|---|---|---|